**Criminal Case Cover Sheet**            **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** II    **Investigating Agency** FBI

**City** Boston     **Related Case Information:**
**County** Suffolk
- Superseding Ind./ Inf. _____ Case No. _____
- Same Defendant _____ New Defendant _____
- Magistrate Judge Case Number _____
- Search Warrant Case Number _____
- R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes ☑ No

**Defendant Name:** Glenroy Miller    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** _____

**Address:** Boston, MA

**Birth date (Yr only):** 1996    **SSN (last 4#):** 2862    **Sex:** M    **Race:** Black    **Nationality:** USA

**Defense Counsel if known:** Cara F. McNamara    **Address:** 51 Sleeper Street

**Bar Number:** 712096        Boston, Massachusetts 02210

**U.S. Attorney Information**

**AUSA:** Kriss Basil    **Bar Number if applicable:** 673074

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:** Donald W. Wyatt Detention Facility

**Arrest Date:** _____

☑ Already in Federal Custody as of October 24, 2023 in Donald W. Wyatt Detention Facility.
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** January 23, 2024    Signature of AUSA: /s/ Kriss Basil

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Glenroy Miller

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Bank Fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Parallel case with same defendant: United States v. Glenroy Miller, No. 24-cr-10010-NMG (indicted January 17, 2024)

# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** FBI

**City:** Boston
**County:** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes  ☒ No

Defendant Name: Nadaje Chanel Shirleen Hendrix  Juvenile: ☐ Yes ☒ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☒ No

Alias Name: _____
Address: Brighton, MA

Birth date (Yr only): 1997  SSN (last 4#): 1954  Sex: F  Race: Black  Nationality: USA

**Defense Counsel if known:** _____  **Address:** _____
Bar Number: _____

**U.S. Attorney Information**
AUSA: Kriss Basil  Bar Number if applicable: 673074

**Interpreter:** ☐ Yes  ☒ No  List language and/or dialect: _____

**Victims:** ☒ Yes  ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☒ No

**Matter to be SEALED:** ☒ Yes  ☐ No

☒ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☒ Indictment
**Total # of Counts:** ☐ Petty ___  ☐ Misdemeanor ___  ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: January 23, 2024  Signature of AUSA: /s/ Kriss Basil

JS 45 (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Nadaje Chanel Shirleen Hendrix

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Bank Fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013